MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
      doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>REPUBLIC SERVICES, INC., a corporation.<br><br>    Defendant. | Case No. 2:10-cv-01122-KJM-GGH<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]** |

WHEREAS, on January 22, 2010, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Republic Services, Inc. ("RSI") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on May 6, 2010, CSPA filed its Complaint against RSI in this Court, *California Sportfishing Protection Alliance v. Republic Services, Inc.,* Case No. 2:10-cv-01122-KJM-GGH. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and RSI, through their authorized representatives and without either adjudication of CSPA's claims or admission by RSI of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between CSPA and RSI is attached hereto as Exhibit 1 and

1    incorporated by reference.

2            WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt

3    requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth

4    at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the

5    Court indicating that they have no objection to the terms of the Settlement Agreement.

6            NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

7    parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties

8    respectfully request an order from this Court dismissing such claims.  In accordance with paragraph

9    2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the

10   parties through December 13, 2014, for the sole purpose of resolving any disputes between the

11   parties with respect to enforcement of any provision of the Settlement Agreement.

12

13   Dated: August 24, 2011              Respectfully submitted,

14                                       LOZEAU DRURY LLP

15

16                                       By:    _/s/ *Douglas J. Chermak*_____
                                                Douglas J. Chermak
17                                              Attorney for Plaintiff California Sportfishing
                                                Protection Alliance
18

19                                       LAW OFFICES OF SCOTT W. GORDON

20
                                         By:    /s/ *Scott W. Gordon* (as authorized on 8/24/11)
21                                              Scott W. Gordon
                                                Attorney for Defendant Republic Services, Inc.
22

23

24

25

26

27

28

**ORDER**

1

2          Good cause appearing, the parties having stipulated and agreed, and the position of the

3   United States having been recorded in the letter filed on August 24, 2011 (ECF 15), IT IS HEREBY

4   ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant

5   Republic Services, Inc., as set forth in the Notice and Complaint filed in Case No. 2:10-cv-01122-

6   KJM-GGH, are hereby dismissed.

7          IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through

8   December 13, 2014 for the sole purpose of enforcing compliance by the parties of the terms of the

9   Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

10          PURSUANT TO STIPULATION, IT IS SO ORDERED.

11   **Date: 9/22/2011**

12   _____

13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28